OPINION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | *   CR. NO. **B-05-458-02** |
| **GERONIMO GARCIA**<br>A.k.a., Jerry Garcia | * |

## ORDER SETTING CONDITIONS OF RELEASE

On **June 13, 2005**, a detention hearing was held before this Court. At the hearing, both the Government and Defendant presented their evidence.

This Court has listened to both parties' arguments, and in light of the record and the requirements of 18 U.S.C. § 3142, is of the opinion that a **$500,000.00 cash bond** would reasonably assure the appearance of Defendant at trial and that such a bond is not unreasonable under the provisions of the Bail Reform Act and the facts in this case.

It is therefore ORDERED that Defendant be released should he be able to post a **$500,000.00 cash bond**. Furthermore, the Defendant shall comply with the following conditions:

(1) The Defendant shall report to the Pretrial Services Agency immediately upon release and thereafter as directed the PSA Officer.

(2) The Defendant shall maintain or actively seek verifiable employment and provide proof thereof to Pretrial Services.

(3) His travel is restricted to the Cameron and Hidalgo Counties, and no travel into Mexico.

(4) The Defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, and shall have no contact with the co-defendants or associates of the co-defendants.

(5) The Defendant shall be restricted to his place of residence continuously from 7:00

    p.m. to 7:00 a.m. (curfew hours), except for absences authorized by the pretrial officer, who may approve absences for gainful employment, religious services, medical care, education or training programs, and at other times as may be specifically authorized. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used to ensure compliance with this condition. If electronic is used, the defendant shall incur costs associated with such monitoring, based on ability to pay as determined by the pretrial services officer.

(6) His wife, Armandina Garcia, shall serve as third party custodian.

(5) Lastly, the Defendant shall follow other conditions expressly set forth in the bond.

  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

  DONE at Brownsville, Texas, this **13th day of June 2005.**

                        Felix Recio
                   United States Magistrate Judge